MORITZ PACH, Respondent, *v.* LIZZIE ORR, Appellant.

(Submitted January 15, 1889; decided February 5, 1889.)

APPEAL from order of the General Term of the Superior Court of Buffalo, made June 23, 1888, which affirmed an order of Special Term vacating an order vacating an attachment.

*Charles B. Wheeler* for appellant.

*O. O. Cottle* for respondent.

Agree to modify order by striking out the words " and the lien of said attachment is restored," and as modified affirmed; no opinion.

All concur.

Ordered accordingly.